18-CV-1136



**Integrated Offender Case Management System**  5/1/2018 12:59:33 PM

## Monthly Account Statement

From Date: 04/01/2018    To Date: 05/01/2018

| Housing | Case ID | Offender Name | Location |
|---|---|---|---|
| H-C-1024-01 | LU5028 | SPRIGGLE,KENNETH | Benner Township |

| Batch# | Txn Date | Txn Description | Txn Amount($) | Balance After Transaction($) |
|---|---|---|---|---|
| BEN-016188 | 04/03/2018 | 32 - Commissary (BEN COMMISSARY FOR 04/03/2018) | -28.16 | 87.06 |
| BEN-016197 | 04/03/2018 | 10 - Maintenance Payroll (GRP 1 - 1st - End of Month) | +14.40 | 101.46 |
| BEN-016287 | 04/10/2018 | 32 - Commissary (BEN COMMISSARY FOR 04/10/2018) | -15.32 | 86.14 |
| BEN-016360 | 04/17/2018 | 32 - Commissary (BEN COMMISSARY FOR 04/17/2018) | -31.75 | 54.39 |
| BEN-016455 | 04/24/2018 | 32 - Commissary (BEN COMMISSARY FOR 04/24/2018) | -5.71 | 48.68 |
| BEN-016545 | 05/01/2018 | 32 - Commissary (BEN COMMISSARY FOR 05/01/2018) | -26.65 | 22.03 |

**Current, Escrow, & Available Balances are as of 5/1/2018 12:59:33 PM**

| Current Balance | 22.03 |
|---|---|
| Escrow Balance | 0.00 |
| Available Balance | 22.03 |

FILED
SCRANTON
JUN 2 8 2018
PER _____ DEPUTY CLERK

Ken Spriggle - LU5028
SCI - Benner
301 Institutional Drive
Bellefonte, Pa. 16823

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. POSTAGE >> PITNEY BOWES
ZIP 16823 $ 000.47⁰
02 1W
0001403631 JUN 25 2018

Office of The Clerk
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

RECEIVED
SCRANTON
JUN 28 2018
PER _____
DEPUTY CLERK