3:18cv1136

Dear Peter J. Welsh

I received a 20 Day Administrative Order for Certified Statement of Inmate's Prison Account. You sent it on June 14, 2018. Thank you! I talked to Ms. Cadwallader because she is a counselor on H Block. She told me to sit down and borrow their printer next door. It was 3:00 p.m. and returned 3:22 p.m. My account will be printed today or tomorrow. She told me that next Friday (June 29, 2018) and tell her I couldn't receive it. It was 19 days before 20 days will dismissed. I sent an April statement on my account. On July 3, 2018 Sandy Swityer Accounting Asst - SCI-Benner Twp - Inmate Accounts printed that day. The C.O.'s asked me that I was to court and their fault. My sentences are bad and seizures (3 times) happens. My letter took me about 2 hours to write. No one reply was going on.

PLEASE!

Sincerely Yours

FILED
SCRANTON
SEP 10 2018
PER _____
DEPUTY CLERK

KC... 7TH SADDLE - LU502T
SCI - BENNER
301 INSTITUTIONAL DRIVE
Bellefonte, Pa. 16823

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. POSTAGE >> PITNEY BOWES
$ 000.47⁰
ZIP 16823
02 1W
0001403631 SEP 05 2018

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
235 NORTH WASHINGTON AVENUE
P.O. Box 1148
SCRANTON, PA 18501-1148

18501$1148 B055

RECEIVED
SCRANTON
SEP 1 0 2018
RMC
Fen ___ DEPUTY CLERK