IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH SPRIGGLE, :
:
   Plaintiff :
: CIVIL ACTION NO. 3:18-CV-1136
v. :
: (Judge Caputo)
CO MICHAEL LEVEBRE, *et al.*, :
:
   Defendants :

# O R D E R

**AND NOW**, this **8th** day of **MAY 2019**, upon consideration of Mr. Spriggle's letter-motion for appointment of counsel (ECF No. 14), the motion is denied without prejudice.

                                         /s/ A. Richard Caputo
                                         **A. RICHARD CAPUTO**
                                         **United States District Judge**